AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| Andrea Herring <br> *Plaintiff* <br> v. <br> SCI Tennessee Funeral Services, LLC <br> *Defendant* | ) ) ) ) ) <br><br> Civil Action No. 2:15-CV-280 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Andrea Herring recover from the defendant *(name)* SCI Tennessee Funeral Services, LLC the amount of Two Million Fifty Thousand dollars ($ 2,050,000 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of 1.79 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other: _____

This action was *(check one)*:

☒ tried by a jury with Judge J. Ronnie Greer, United States District Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: 02/02/2018

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*