IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| ANDREA HERRING, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:15-CV-00280 |
| SCI TENNESSEE FUNERAL SERVICES, LLC D/B/A EAST LAWN MEMORIAL PARK AND EAST LAWN FUNERAL HOME, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant SCI Tennessee Funeral Services, LLC ("SCI") in the above named case, hereby appeals to the United States Court of Appeals for the 6th Circuit from the judgment entered in this action on the 2nd day February, 2018.

s/ Steven H. Trent
Steven H. Trent, BPR No. 016322
R. Andrew Hutchinson, BPR No. 025473
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
100 Med Tech Parkway, Suite 200
Johnson City, Tennessee 37604
Phone: (423) 928-0181
Fax: (423) 928-5694
strent@bakerdonelson.com
dhutchinson@bakerdonelson.com

*Attorneys for Defendant*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

s/ Steven H. Trent
Attorney
