UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| ANDREA HERRING, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    No. 2:15-CV-280 |
| | ) |
| SCI TENNESSEE FUNERAL | ) |
| SERVICES, LLC d/b/a EAST | ) |
| LAWN MEMORIAL PARK | ) |
| AND EAST LAWN FUNERAL | ) |
| HOME, | ) |
| | ) |
|     Defendant. | ) |

# ORDER

The Court referred the plaintiff's motion for attorneys' fees and litigation costs, [Doc. 169], to United States Magistrate Judge Clifton L. Corker to make findings of fact and recommendations, [Doc. 187]. The matter is now before the Court to consider the Report and Recommendation ("R & R") of the United States Magistrate Judge dated May 4, 2018, [Doc. 189]. In the R & R, the Magistrate Judge recommends that this Court approve the plaintiff's request for reasonable attorneys' fees and litigation costs in this case, but recommends a total amount of $ 211,073.18 in reasonable attorneys' fees and $6,980.49 in litigation costs. [Doc. 189 at 23, 24]. The plaintiff has filed particularized objections to the Magistrate Judge's findings relating to the hourly rate set for Attorney Donna Mikel, Attorney Doug Hamill, and Senior Paralegal Tammie Dickson, [Doc. 190]. The plaintiff's objection requests this Court adopt the R & R as its findings in this case, with the modifications set out in her objections. [*Id*.]. The defendant has not filed any objections to the R & R, and the time for doing so has passed.

After careful *de novo* consideration of the specific recommendations to which the plaintiff objected, as well as careful consideration of the record as a whole and careful consideration of the R & R of the Magistrate Judge, and for the reasons set out in the R & R which are incorporated by reference herein, it is hereby **ORDERED** that the R & R, [Doc. 189], is **ADOPTED** and **APPROVED** in its entirety without modification. The plaintiff's motion for attorneys' fees and litigation costs, [Doc. 169], is **GRANTED**, and the plaintiff shall be awarded $211,073.18 for reasonable attorneys' fees—as calculated in the R & R—and $6,980.49 for litigation costs.

ENTER:

                                                          s/J. RONNIE GREER
                                          UNITED STATES DISTRICT JUDGE