Case No. 18-5226

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

ANDREA HERRING

    Plaintiff - Appellee

v.

SCI TENNESSEE FUNERAL SERVICES, LLC, doing business as East Lawn Memorial Park and East Lawn Funeral Home

    Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                **ENTERED PURSUANT TO RULE 33,**
                                **RULES OF THE SIXTH CIRCUIT**
                                Deborah S. Hunt, Clerk

Issued: September 04, 2018